UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BRAUN, | No.  2:26-cv-0470-TLN-SCR |
| Plaintiff, | |
| v. | **ORDER** |
| ST. GEORGE UNIVERSITY SCHOOL OF MEDICINE, | |
| Defendant. | |

Plaintiff Jordan Braun ("Plaintiff") is proceeding *pro se* in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On February 23, 2026, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  (ECF No. 5.)  Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). The Court has reviewed the file and finds the findings and recommendations to be supported by

1

the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations filed February 23, 2026 (ECF No. 5) are adopted in full and Plaintiff's first Motion for a Temporary Restraining Order (ECF No. 3) is DENIED with leave to refile such a motion upon filing of a First Amended Complaint.

For clarity, the Court notes that after the magistrate judge issued findings and recommendations (and before the Court entered this Order adopting the recommendations), Plaintiff did file a First Amended Complaint (ECF No. 9) and a second Motion for Temporary Restraining Order (ECF No. 10).[1]  On March 12, 2026, the Court granted Plaintiff's second Motion for Temporary Restraining Order.  (ECF No. 18.)  The Court's Temporary Restraining Order is still in effect.  (ECF No. 18.)

The Clerk of Court is directed to serve this Order on Defendant.

Date: March 16, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]    Although Plaintiff has since filed an amended complaint and renewed motion (ECF Nos. 9, 10), such filings do not affect the merits of the original motion at issue in the findings and recommendations.

2